**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FABRICE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-00224-MTS |
| | ) | |
| CREVE COEUR COUNTY | ) | |
| POLICE DEPT., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of Plaintiff Fabrice Lewis's Application to Proceed in District Court Without Prepaying Fees or Costs.  Doc. [3].  Plaintiff failed to include with his Application a certified copy of his trust fund account statement for the 6-month period immediately preceding the filing of the complaint on February 13, 2026.  28 U.S.C. § 1915(a)(2).  The statement Plaintiff provided was not certified and did not cover the required 6-month period.  *See* Doc. [4].  The Court therefore must deny his Motion.  It will deny it, though, without prejudice and provide Plaintiff time to either prepay the $405 filing fee in full or file an application to proceed in district court without prepaying fees or costs along with a <u>certified</u> copy of his trust fund account statement for <u>August 13, 2025</u> through <u>February 13, 2026</u>, obtained from the appropriate official of each place at which Plaintiff is or was confined.[*]

Accordingly,

---

[*] In addition, the Court will deny Plaintiff's Motion to Appoint Counsel since, for the reasons discussed herein, he has not shown that he is unable to afford counsel.  *See* 28 U.S.C. § 1915(e)(1).

- 2 -

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. [3], is **DENIED** without prejudice.  Plaintiff is given through **Friday**, **July 10, 2026**, within which to either pay the full amount of the filing fee or to file an application to proceed in district court without prepaying fees or costs in compliance with 28 U.S.C. § 1915(a)(1), (2) as discussed in this Memorandum and Order.  **If Plaintiff fails to timely do so, the Court will dismiss this action without further notice.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel, Doc. [2], is **DENIED** without prejudice.

Dated this 11th day of June 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE