**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FABRICE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-00224-MTS |
| | ) | |
| CREVE COEUR COUNTY | ) | |
| POLICE DEPT., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Section 1915(a)(2) of Title 28 of the United States Code requires any prisoner wishing to proceed *in forma pauperis* in federal court to file an affidavit that includes a statement of all his assets and a certified copy of his trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of a complaint, obtained from the appropriate official of each prison at which the prisoner is or was confined. Plaintiff Fabrice Lewis, who is a prisoner, has known about this requirement since, at the latest, February 07, 2026.

On that date, Plaintiff completed an Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [3]. The form specifically informed Plaintiff of the certified inmate account statement requirement. *Id.* at 1. As if the statute and the form application informing Plaintiff about the statutory requirement were not enough, the Clerk of Court also sent Plaintiff a letter—as it does with all *pro se* filers—that confirmed the receipt of Plaintiff's Complaint and informed him of the certified inmate account

statement requirement.  The letter, dated February 17, 2026, provided, in bold type, the following: "If you did not include a certified copy of your inmate account statement for the six (6) month period immediately preceding the submission of your complaint . . ., please do so within thirty (30) days or the court may dismiss your action."  Nevertheless, for months, Plaintiff filed nothing.

The Court eventually had to order him to comply with § 1915(a)(2), under threat of dismissing his action.  Doc. [11].  The Court ordered him to do what Plaintiff knew to do all along, comply with 28 U.S.C. § 1915(a)(2) by submitting certified copies of the applicable account statements no later than July 10, 2026.  *Id.*  On July 13, 2026, the Court received a "Request for Continuance" from Plaintiff, which stated that he needed yet more time.  The Court will provide Plaintiff with a final extension of time to file the documents that he has known he has needed to file since February.  If Plaintiff fails to timely file them, the Court will **dismiss** this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time, Doc. [14], is granted.  Plaintiff must file the required certified copies of his account statements no later than **Friday**, **August 07, 2026**.

Dated this 16th day of July 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

- 2 -